APPENDIX G

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS INC.,
LSI CORPORATION
       Plaintiffs
  V.                                            Civil Action
BARNES & NOBLE, INC.                 No: _____
BARNESANDNOBLE.COM LLC.
       Defendants

DISCLOSURE STATEMENT FORM

Please check one box:

☐     The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒     The nongovernmental corporate party, __LSI CORPORATION__, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

    __BLACKROCK, INC.__
    _____
    _____
    _____

__July 26, 2011__                                                /s/ _____
    Date                                                               Signature

                Counsel for:    __LSI CORPORATION__

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)     WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
            (1)    identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

            (2)    states that there is no such corporation.

    (b)    TIME TO FILE; SUPPLEMENTAL FILING. A party must:
            (1)    file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
            (2)    promptly file a supplemental statement if any required information changes.